■ The People of the State of New York, Respondent, v Anthony Thomas, Appellant. [760 NYS2d 918] —Appeal from a judgment of Erie County Court (Drury, J.), entered April 25, 2001, convicting defendant upon his plea of guilty of, inter alia, criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Lawton, JJ.